# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:13CR00148-2 SWW

MOHAMMED KAZAM MARTINEZ

## ORDER

On June 11, 2013, United States Magistrate Judge Joe J. Volpe entered an Order appointing Mr. Eric Gribble to represent Defendant. (Docket entry #120). At that time, Defendant had not submitted a financial affidavit indicating that he qualified for Court-appointed counsel.

On July 9, 2013, Defendant appeared for his Plea and Arraignment on the Superseding Indictment. He also submitted a financial affidavit reflecting that he was financially unable to hire an attorney. Accordingly, the Court appointed Mr. Eric Gribble to represent Defendant.

IT IS THEREFORE ORDERED THAT:

1.    The June 11, 2013 CJA Appointment Order (docket entry #120) is VACATED.

2.     Based on Defendant's July 9, 2013 Financial Affidavit, Mr. Eric Gribble is APPOINTED to represent Defendant, *nunc pro tunc* to June 11, 2013.

Dated this 10th of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE